IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ERIC ANTHONY** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 2:17-cv-131-KS-MTP**

**LAMAR COUNTY, SHERIFF DANNY RIGEL
AND JOHN DOES 1-10** **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on a joint *ore tenus* motion of Plaintiff Eric Anthony and Defendants Lamar County and Sheriff Danny Rigel, that this matter be dismissed with prejudice and the Court, having considered the same, and it being made known to the Court that Plaintiff and Defendants are in agreement thereto, finds that said motion is well taken.

IT IS THEREFORE ORDERED that this matter is hereby dismissed with prejudice, each party shall bear their own costs.

SO ORDERED and ADJUDGED this the ___25th___ day of October, 2017.

        _s/Keith Starrett_____
        **DISTRICT COURT JUDGE**

Prepared by:

/s/William R. Allen_____
WILLIAM R. ALLEN (MSB # 100541)
JESSICA S. MALONE (MSB #102826**)**
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS  39602-0751
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
jmalone@aabalegal.com
    *One of the Attorneys for Lamar County*
    *and Sheriff Danny Rigel*

AGREED:

/s/Judith Bennett_____
M. Judith Barnett (MSB #99766)
M. Judith Barnett, P.A.
1911 Dunbarton Drive
Jackson, Mississippi 39216
Tel.: 601-981-4450
Fax: 601-981-4717
Mjbarnettpa@yahoo.com
    *One of the Attorneys for Plaintiff Eric Anthony*